IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONIA MARQUEZ APONTE | : | CIVIL ACTION |
| | : | NO. 11-6320 |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY | : | |

**ORDER**

AND NOW, this 5th day of February, 2013, upon consideration of plaintiff's brief in support of request for review (Dkt. No. 7-1), defendant's response (Dkt. No. 8), the Report and Recommendation of Magistrate Judge M. Faith Angell (Dkt. No. 14), plaintiff's objections to the Report and Recommendation (Dkt. No. 15), defendant's response (Dkt. No. 16) and the administrative record (Dkt. No. 6) and for the reasons set forth in the accompanying memorandum it is ORDERED that:

1) the Report and Recommendation is APPROVED and ADOPTED;

2) plaintiff's objections to the Report and Recommendation are OVERRULED;

3) The decision of the Commissioner of Social Security is AFFIRMED and JUDGMENT is entered in favor of defendant Michael J. Astrue, Commissioner of Social Security, and against plaintiff Sonia Marquez Aponte; and

4) The Clerk of Court shall mark this case CLOSED.

                                                                 *s/Thomas N. O'Neill, Jr.*
                                                    THOMAS N. O'NEILL, JR., J.